## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

03 AUG †4 PM 4:21

TEXA-EASTERN

BY _____

| | |
|---|---|
| (1) SANDI GRAY, | § |
| (2) LAURA SHOAF STRICKLAND | § |
| (3) KATHY HOLLIS COOPER, | § |
| (4) DANIEL REYNOLDS AND | § |
| (5) ERIC DECETIS | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| (1) eUNIVERSE, INC., (2) FUNNYTAF, INC., | § |
| (3) ABOUT, INC., (4) FKLA, INC., | § |
| (5) NORTH PLAINS, LLC, (6) HYCOO, INC., | § |
| (7) NELSON RINDA, (8) NUOC  TUONG, | § |
| (9) LILLY OF THE VALLEY, (10) MARLIN | § |
| PARBS, (11)  KATHLEEN WARD, | § |
| (12) ASHLEY STOY, (13) MICHAEL | § |
| DANKE, (14) INSTANT WEBSPAWNER, | § |
| LTD, (15) EMUSING HUMOR NETWORK, | § |
| (16) MAGIC THOUGHTS, | § |
| THOUGHTS, (17) MICHAEL MARCIL, | § |
| (18) DESIGN CONCEPTS, CO., | § |
| (19) NORTH RIDGE SOFTWARE, | § |
| (20) DAILY BLESSINGS.COM LLC, | § |
| (21) RICK HILL, (22) A PLUS | § |
| ENTERPRISES, (23) RICHARDSON | § |
| MARKETING GROUP, | § |
| (24) LAWRENCE FINE, (25) JOHN | § |
| NELSON, (26) ADAM MAYSONET, | § |
| (27) PODDYS, (28) MICHAEL KNOX, | § |
| (29) FUN BLAZE, (30) JASON QUAM, | § |
| (31) BRUCE MASTON, (32) JONNIE | § |
| TRUONG, (33) THE INTERNATIONAL | § |
| ASSOCIATION, (34) PAUL THOMAS, | § |
| (35) KEVIN NGUYEN, (36) PHONG BUI, | § |
| (37) FUNNY JUNK, INC., AND | § |
| (38) VIRAL MARKETING | § |
| | § |
| Defendants. | § |

CIVIL ACTION NO. __2-03C v-278__

## PLAINTIFFS' ORIGINAL COMPLAINT

COME NOW, SANDI GRAY, LAURA SHOAF STRICKLAND, KATHY HOLLIS COOPER, DANIEL REYNOLDS and ERIC DECETIS, Plaintiffs, complaining of eUNIVERSE, INC., FUNNYTAF, INC., ABOUT, INC., FKLA, INC., NORTH PLAINS, LLC, HYCOO, INC.,NELSON RINDA, NUOC TUONG, LILLY OF THE VALLEY, MARLIN PARBS, KATHLEEN WARD, ASHLEY STOY, MICHAEL DANKE, INSTANT WEBSPAWNER, LTD, EMUSING HUMOR NETWORK, MAGIC THOUGHTS, MICHAEL MARCIL, DESIGN CONCEPTS, CO., NORTH RIDGE SOFTWARE, DAILY BLESSINGS.COM, LLC, RICK HILL, A PLUS ENTERPRISES, RICHARDSON MARKETING GROUP, LAWRENCE FINE, JOHN NELSON, ADAM MAYSONET, PODDYS, MICHAEL KNOX, FUN BLAZE, JASON QUAM, BRUCE MASTON, JONNIE TRUONG, THE INTERNATIONAL ASSOCIATION, PAUL THOMAS, KEVIN NGUYEN, PHONG BUI, FUNNY JUNK, INC. AND VIRAL MARKETING, INC., Defendants, and for cause of action respectfully show the following.

## I.
## JURISDICTION AND VENUE

1.     Jurisdiction is proper because the action arises under the Copyright Act, Title 17 of the United States Code. 17 U.S.C. § 101 et seq. This Court is vested with jurisdiction pursuant to Section 1338 of Title 28 of the United States Code. 28 U.S.C. § 1338. This Court's inherent power to hear related causes of action arising under state law. 28 U.S.C. § 1367(a).

2.     Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. § 1391 as one or more of Defendants currently conducts business within the State of Texas and within this District, a substantial part of the events or omissions giving rise to the current cause of action occurred in the Eastern District of Texas, and Defendant corporations are amenable to personal jurisdiction in the Eastern District of Texas at this time. 28 U.S.C. § 1391.

2

## II.
## PARTIES

3.      Plaintiff Sandi Gray ("Gray") is an individual  residing in Harris County, Texas.

4.      Plaintiff Laura Shoaf Strickland former known as Laura Shoaf is an individual residing in White Oak, Bladen County, North Carolina.

5.      Plaintiff Kathy Hollis Cooper is an individual residing in Ashland, Jackson County, Oregon.

6.      Plaintiff Daniel Reynolds is an individual residing in Oswego, Oswego County, New York.

7.      Plaintiff Eric Decetis is an individual residing in Sacramento, Sacramento County, California.

8.      Defendant eUNIVERSE, INC. ("eUniverse") also doing business as the following websites:

- www.debsfunpages.com
- www.justsaywow.com
- www.cutestuf.com
- www.netlaughter.com
- www.funtown.com
- www.bigfatbaby.com
- www.funforwards.com
- www.funstun.com
- www.blesstheday.com
- www.pigkiss.com
- www.fun-town.com
- www.flowgo.com
- www.send4fun.com
- www.madblast.com
- www.euniverselive.com
- www.whoohoo.net
- www.funone.com
- www.funpageland.com
- www.smilepop.com
- www.funbug.com

is a corporation duly formed and existing under the laws of the state of Delaware, doing business in the Eastern District of Texas, having failed to appoint an agent for service of process in the State of Texas, may be served with process by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to its registered agent for service, The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801.

9.    Defendant FUNNYTAF, INC.("Funnytaf") also doing business as the following websites:

- www.makesmesmile.com
- www.joypages.com
- www.fungoround.com
- www.newfunnies.com
- www.sendapet.com
- http://quick2send.com
- www.cardfountain.com

is a corporation duly formed and existing under the laws of the state of Florida, doing business in the Eastern District of Texas, having failed to appoint an agent for service of process in the State of Texas, may be served with process by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to its registered agent for service, Michael Caldwell, 1000 N.E. 8th Avenue, Gainesville, FL 32601-4577.

10.   Defendant ABOUT, INC. also doing business as the following website:

- www.50megs.com

is a corporation duly formed and existing under the laws of the state of Utah, doing business in the Eastern District of Texas, having failed to appoint an agent for service of process in the State of Texas, may be served with process by serving the Secretary of State of Texas with instructions to

forward the complaint and summons by certified mail, return receipt requested to its registered agent for service, Timothy J. Jenkins, 51 W. Center, Suite 118, Orem, Utah 84057.

11.    Defendant FKLA, Inc. also doing business as the following website:

-    www.amusingpics.com

is a corporation duly formed and existing under the laws of the state of Florida, doing business in the Eastern District of Texas, having failed to appoint an agent for service of process in the State of Texas, may be served with process by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to its registered agent for service, Frank P. Apuzzo, Jr., 359 Dempsey Way, Orlando, Florida 32835.

12.    Defendant NORTH PLAINS, LLC also doing business as the following website:

-    www.quickinspirations.com

is a corporation duly formed and existing under the laws of the state of California, doing business in the Eastern District of Texas, having failed to appoint an agent for service of process in the State of Texas, may be served with process by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to its registered agent for service, C T Corporation System, 818 W. 7th Street, Los Angeles, California 90017.

13.    Defendant HYCOO, INC. also doing business as the following website:

-    www.mailmethat.com

is a corporation duly formed and existing under the laws of the state of Florida, doing business in the Eastern District of Texas, having failed to appoint an agent for service of process in the State of Texas, may be served with process by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to its registered agent for service, Clinton M. Caldwell, 6401 Westgate Dr., Orlando, Florida 32835.

14.     Defendant NELSON RINDA also doing business as the following website:

-     www.wrensworld.com

is an individual residing in Washington and doing business in the Eastern District of Texas,  having

failed to appoint an agent for service of process may be served by serving the Secretary of State of

Texas with instructions to forward the complaint and summons by certified mail, return receipt

requested to him at his address at 301 Hill Road, Aberdeen, Washington 98520.

15.     Defendant NUOC TUONG also doing business as the following website:

-     www.allfunbear.com

is an individual residing in New York and doing business in the Eastern District of Texas, having

failed to appoint an agent for service of process may be served by serving the Secretary of State of

Texas with instructions to forward the complaint and summons by certified mail, return receipt

requested to the defendant at the defendant's address at CPU Box 273504, Rochester, New York

14627.

16.     Defendant LILLY OF THE VALLEY also doing business as the following website:

-     www.lillyofthevalleyva.com

is a company located in Virginia and doing business in the Eastern District of Texas,  having failed

to appoint an agent for service of process may be served by serving the Secretary of State of Texas

with instructions to forward the complaint and  summons  by certified mail, return receipt requested

to the defendant at the defendant's address at 2062 Matthew Talbot Road, Forest, Virginia 24551.

17.     Defendant MARLIN PARBS also doing business as the following website:

-     www.marpers.com

is an individual residing in Washington and doing business in the Eastern District of Texas,  having

failed to appoint an agent for service of process may be served by serving the Secretary of State of

Texas with instructions to forward the complaint and summons certified mail, return receipt requested to him at his address at 317 South 325th Lane, Federal Way, Washington 98023-5741.

18.     Defendant KATHLEEN WARD also doing business as the following website:

-     www.thefairkingdom.com

is an individual residing in Illinois and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to her at her address at 46 Sunny Hill Dr., Orion, IL 61273.

19.     Defendant ASHLEY STOY also doing business as the following website:

-     www.mommasfamily.com

is an individual residing in Kansas and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to her at her address 2116 B Street, Garden City, Kansas 67486.

20.     Defendant MICHAEL DANKE also doing business as the following website:

-     http://1sound.com

is an individual residing in California and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 202 Portland St., Unit 4, Huntington Beach, California 92648.

21.     Defendant INSTANT WEBSPAWNER, LTD. also doing business as the following website:

-     www.webspawner.com

is a company located in Washington and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at P.O. Box 61234, Seattle, Washington 98121.

22.     Defendant EMUSING HUMOR NETWORK also doing business as the following websites:

- www.smiles2send.com
- www.topfunpages.com
- www.101funpages.com

is a company located in New Jersey and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 592 Westside Ave., Jersey City, New Jersey 07304.

23.     Defendant MAGIC THOUGHTS also doing business as the following website:

- www.magicthoughts.com

is a company located in Florida and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 80 West Fray St., Englewood, Florida 34223.

24.     Defendant MICHAEL MARCIL also doing business as the following website:

- www.humorvillage.com

is an individual residing in California and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of

Texas with instructions to forward the complaint and  summons by certified mail, return receipt requested to him at his address at 570 Sierra St., Moss Beach, California 94038.

25.    Defendant DESIGN CONCEPTS CO. also doing business as the following websites:

- www.goofyfun.com
- www.freefunpages.com
- www.funnybunch.com

is a company located in Washington and doing business in the Eastern District of Texas,  having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at P.O. Box 11654, Tacoma, Washington 98433.

26.    Defendant NORTH RIDGE SOFTWARE also doing business as the following website:

- www.unsolvedmysteries.com

is a company located in Washington and doing business in the Eastern District of Texas,  having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 11306-169th Court NE, Redmond, Washington 98052.

27.    Defendant DAILY BLESSINGS.COM LLC also doing business as the following website:

- www.daily-blessings.com

is a company located in Mississippi and doing business in the Eastern District of Texas,  having failed to appoint an agent for service of process may be served by serving the Secretary of State of

Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 31 Bent Creek, Hattiesburg, Mississippi 39402.

28.   Defendant RICK HILL  also doing business as the following website:

-   www.lotsahumor.com

is an individual residing in Missouri and doing business in the Eastern District of Texas,  having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and  summons by certified mail, return receipt requested to him at his address at 3727 NE 43rd Terrace, Kansas City, Missouri 64117.

29.   Defendant A PLUS ENTERPRISES also doing business as the following website:

-   www.dudewheresmycard.com

is a company located in Missouri and doing business in the Eastern District of Texas,  having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at PC Box 15293, Beverly Hills, California 90209-1293.

30.    Defendant RICHARDSON MARKETING GROUP also doing business as the following websites:

-   www.wackyzoo.com
-   www.funnypicoftheday.com

is a company located in Missouri and doing business in the Eastern District of Texas,  having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 2001 Holly Ave., Columbia, Missouri 65202.

31.     Defendant LAWRENCE FINE also doing business as the following website:

-       www.jokesinthemail.com

is an individual residing in South Carolina and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 1300 Park West Blvd., #204, Mt. Pleasant, South Carolina 29466.

32.     Defendant JOHN NELSON also doing business as the following website:

-       http://keystonecop.net

is an individual residing in California and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 913 Singingwood Road, Sacramento, California 95864.

33.     Defendant ADAM MAYSONET also doing business as the following website:

-       www.insanepictures.com

is an individual residing in Florida and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address 4841 NW 19th St., Coconut Creek, Florida 33063.

34.     Defendant PODDYS also doing business as the following website:

-       www.poddys.com

is a company located in Indiana and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas

with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 2621 Miami St., South Bend, Indiana 46614-1345.

35. Defendant MICHAEL KNOX also doing business as the following website:

- www.sugarcats.com

is an individual residing in Texas and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at KittyKat Mall, 6008 Fir Court, McKinney, Texas 75070.

36. Defendant FUN BLAZE also doing business as the following website:

- www.funblaze.com

is a company located in Texas and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at P.O. Box 222, Lake Dallas, Texas 75065-0222.

37. Defendant JASON QUAM also doing business as the following website:

- www.weaselcircus.com

is an individual residing in Idaho and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 2334 W. Jayton Dr., Meridian, Idaho 83642.

38. Defendant BRUCE MASTON also doing business as the following website:

- http://speeds-cartoons.com

is an individual residing in Texas and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 6624 Ridgetop Dr., Watauga, Texas 76148.

39. Defendant JONNIE TRUONG also doing business as the following websites:

- www.cartoons-cartoon.com
- www.spicyjoke.com
- www.joke-pictures.com
- www.spicypictures.com
- www.comic-comics.com
- www.funny-celebrity-pics.com
- www.funny-photo-photos.com
- www.joke-pictures.com
- www.funny-animal.com

is an individual residing in California and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 1901 E. Amar Rd., Apt. 144, West Covina, California 91972.

40. Defendant THE INTERNATIONAL ASSOCIATION also doing business as the following website:

- www.drunkbastard.com

is a company located in Arizona and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 8656 East Vista Drive, Scottsdale, Arizona 85250.

41. Defendant PAUL THOMAS also doing business as the following website:

- www.jokesunlimited.com

is an individual residing in Indiana and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 2158-45th St., #329, Highland, Indiana 46322.

42. Defendant KEVIN NGUYEN also doing business as the following website:

- www.amazinghumor.com

is an individual residing in California and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at 2274 Cogswell Rd., El Monte, California 91732.

43. Defendant PHONG BUI also doing business as the following websites:

- www.happyfeelings.com
- www.kim-arts.com

is an individual residing in New York and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to him at his address at CPU Box 273504, Rochester, New York 14627.

44. Defendant FUNNY JUNK, INC. also doing business as the following website:

- www.funnyjunk.com

is a company located in Louisiana and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to the defendant at the defendant's address at 552 Highland Rd., Apt. 23, Baton Route, Louisiana 70726.

45.     Defendant VIRAL MARKETING, INC.   also doing business as the following websites:

-       www.sacredpages.com
-       www.feelgoodpages.com

is a corporation duly formed and existing under the laws of the state of New York and doing business in the Eastern District of Texas, having failed to appoint an agent for service of process may be served by serving the Secretary of State of Texas with instructions to forward the complaint and summons by certified mail, return receipt requested to its President or any of its Vice President, c/o Davis & Gilbert, LLP, 1740 Broadway, New York, New York 10019.

46.     Whenever in this complaint it is alleged that a certain Defendant did or failed to do any act or thing, it is meant that said Defendant performed, failed to perform, or was responsible for such act or thing or that such act was performed by the partners, officers, agents, representatives, employees, in the normal and routine course and scope of their employment, authority, or agency for said Defendant and were authorized to and did in fact act on behalf of said Defendant, and that such acts were pursuant to a common scheme, design and conspiracy by Defendant and others acting on their behalf with the full knowledge, authority and ratification of said Defendant to engage in the facts and perpetuate the omissions hereinafter alleged.

## III.
## STATEMENT OF FACTS

47.     Plaintiff Sandi Gray is an artist and writer who creates original images and writes original verse.  Gray has composed numerous poems and created numerous drawings.  She has filed or obtained copyright registrations for her work[s], the titles of some of which are included on Exhibit A which is attached hereto and made a part of this complaint as if fully set forth herein.

48.     Plaintiff Laura Shoaf is an artist and writer who creates original images and writes original verse.  Shoaf has composed numerous poems and created numerous drawings.  Shoaf's

work[s] are protected by copyright registrations that have been filed or obtained.  The titles of some of the work[s] are included on Exhibit B which is attached hereto and made a part of this complaint as if fully set forth herein.

49.    Plaintiff Kathy Hollis Cooper is a photographer. Cooper's work[s] are protected by copyright registrations that have been filed or obtained.  The titles of some of the work[s] are included on Exhibit C which is attached hereto and made a part of this complaint as if fully set forth herein.

50.    Plaintiff Daniel Reynolds is a cartoonist.   Reynolds' work[s] are protected by copyright registrations that have been filed or obtained.  The titles of some of the work[s] are included on Exhibit D which is attached hereto and made a part of this complaint as if fully set forth herein.

51.    Plaintiff Eric Decetis is a cartoonist.  Decetises' work[s] are protected by copyright registrations that have been filed or obtained.  The titles of some of the work[s] are included on Exhibit E which is attached hereto and made a part of this complaint as if fully set forth herein.

52.    Defendants are engaged in developing and operating websites providing entertainment-oriented content and certain proprietary products and services.  These websites are accessible in this District and are expressly designed to market  to internet users in this District, goods and services of each website and its advertisers.

53.    eUniverse is the successor to eUniverse, Inc. as the result of a merger December 30, 2002 wherein eUniverse assumed all assets and liabilities of its predecessor by the same name, formerly a Nevada corporation.

54.    In the course of their proprietary activities, Defendants infringed on the copyrights and property rights of Plaintiffs.

55.     As to each cause of action Plaintiffs seek to recover the damages and relief available for each cause of action as set forth in the Prayer.

**IV.**
**FIRST CAUSE OF ACTION**

56.     The allegations set forth above are incorporated here by reference as if fully set forth verbatim.

57.     On information and belief, after the date of copyright registration, and continuing to the present, Defendants have infringed and continue to infringe Plaintiffs' rights in the copyrights by reproducing or causing, contributing to, and participating in, the unauthorized reproduction of the copyrighted materials, and by causing, contributing to, and participating in, the distribution of such unauthorized reproductions of the copyrighted materials.  Defendants' infringing actions were committed willfully and without regard to Plaintiffs' rights.

58.     Defendants' infringement of Plaintiffs' rights in the copyrights continue unabated to this day.

59.     By reason of the past and continuing infringements of Plaintiffs' rights, Plaintiffs have sustained, and will continue to sustain substantial injury, loss, and damage to their ownership rights in the copyright of their materials and Defendants have unlawfully and wrongfully derived and will continue to derive income and profits from these infringing acts.  As a consequence of Defendants' actions, Plaintiffs have sustained actual damages, including expenses and lost profits, in an amount in excess of $1,000,000.00.  In the alternative, Plaintiffs reserve the right to elect to recover statutory damages as provided by 27 U.S.C. Section 504(c), as well as increases provided in law for such damages as a result of the Defendants' willful infringements.

**V.**
**SECOND CAUSE OF ACTION**

17

60.     The allegations set forth above are incorporated here by reference as if fully set forth verbatim.

61.     Defendants' unauthorized exploitation of the materials which were created, owned and/or controlled by Plaintiffs have resulted in the Defendants being unjustly enriched.

62.     Defendants have unlawfully and wrongfully derived and will continue to derive income, profits and unjust enrichment from the unauthorized acts.  As a consequence of Defendants' actions, Plaintiffs have sustained actual damages, including expenses and profits, in an amount in excess of $25,000 per incident.

## V.

## THIRD CAUSE OF ACTION

63.     The allegations set forth above are incorporated here by reference as if fully set forth verbatim.

64.     Defendants' unauthorized exploitation of the materials which were created, owned and/or controlled by Plaintiffs constitute a misappropriation of Plaintiffs' names, images and/or likenesses.  These property rights were taken without permission and used to benefit Defendants'.

65.     Defendants have unlawfully and wrongfully derived and will continue to derive income, profits and benefits from the misappropriation of Plaintiffs' names, images and/or likenesses.  As a consequence of Defendants' actions, Plaintiffs have sustained actual damages, including expenses and profits, in an amount in excess of $25,000 per misappropriation.

## VI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer this complaint, and that upon final hearing thereof,

a.     Plaintiffs be awarded the relief and damages set forth above;

b.  Defendants be required to pay Plaintiffs such damages as Plaintiffs have sustained in consequence of Defendants' infringement of Plaintiffs' rights, and to account for all gains, profits, and advantages derived by Defendants through their respective infringements of Plaintiffs' interest in the Plaintiffs' copyrighted material, together with appropriate interest on such damages, as the Court shall deem proper within the provisions of the copyright statute or in the alternative, statutory damages if Plaintiffs elect to recover same in lieu of actual damages and profits;

c.  Defendants be required to pay to Plaintiffs the costs and disbursements of this action together with prejudgment and postjudgment interest and reasonable attorneys' fees to be allowed Plaintiffs by the Court;

d.  Further Plaintiffs request the Court to order that all persons recognize the rights of Plaintiffs in and to the material as designated on the attached Exhibit A, B & C, and that Defendants be directed to affirmatively prevent unauthorized use and notify all third parties of Plaintiffs' rights and interest in this material and the products in or on which such composition is embodied;

e.  Plaintiffs be awarded all damages and remedies to which they are entitled as a result of the misappropriation of Plaintiffs' names, images and/or likenesses;

f   Plaintiffs pray for such other and further relief as the Court may deem just and proper; and

g.  Plaintiffs demand a trial by jury.

19

Respectfully submitted,

By: _David W. Showalter by perm. MCS_
David W. Showalter
TBA# 18306500

5231 Bellaire Boulevard
Bellaire, Texas 77401-3901
(713) 660-0491
(713) 660-0493 (FAX)


Carl Roth
State Bar No. 17312000
Michael C. Smith
State Bar No. 18650410
**THE ROTH LAW FIRM, P.C.**
P.O. Box 876
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797


ATTORNEYS FOR PLAINTIFFS
SANDI   GRAY,   LAURA   SHOAF
STRICKLAND,      KATHY   HOLLIS
COOPER, DANIEL REYNOLDS    A N D
ERIC DECETIS

# EXHIBIT A

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | "EXHIBIT A" - | INFRINGING WEBSITES: WORKS OF SANDI GRAY | |
| 4 | Title of Work | License No. | Registrar | Infringing Website | Registrant |
| 5 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.debsfunpages.com/morningangel.htm | euniverse, inc. |
| 6 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.justsaywow.com/newfun4/morningangell.cfm | euniverse, inc. |
| 7 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.cutestuf.com/friends/morningangel.html | euniverse, inc. |
| 8 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | www.makesmesmile.com/inspirational/morning/index.php | Funny Taf, Inc. |
| 9 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.netlaughter.com/deb/angel/a.htm | euniverse, inc. |
| 10 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | www.joypages.com/inspiration/ormina/index.php | Funny Taf, Inc. |
| 11 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | www.fungoround.com/inspirational/themorningangel/index.php | Funny Taf, Inc. |
| 12 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | www.newfunnies.com/inspiring/morninga/index.php | Funny Taf, Inc. |
| 13 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | www.sendapet.net/indexing/inspirational-6.php?page=inspirational-6.php | Funny Taf, Inc. |
| 14 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | http://quick2send.com/indexing/inspirational-10.php?page=inspirational-10.php | Funny Taf, Inc. |
| 15 | Morning Angel | TXu-1-059-414 | enom, Inc. | www.wransworld.com/morningangel.htm | Nelson Rinda |
| 16 | Morning Angel | TXu-1-059-414 | Tucows, Inc. | www.allfunbear.com/pos/angel_of_the_morning.htm | Nuoc Tuong |
| 17 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | www.sacredpages.com/morningangel/ | Viral Marketing, Inc. |
| 18 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | http://morningspiritlift10.homestead.com/05DECje4.html | Homestead Technologies |
| 19 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | www.birthesgraphics.homestead.com/Angels3je4.html | Homestead Technologies |
| 20 | Morning Angel | TXu-1-059-414 | register.com | www.smiles2send.com/in_aolm0302.asp | Emusing Humor Network |
| 21 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | www.unsolvedmysteries.com/usm238383.html | North Ridge Software |
| 22 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.funtown.com/24janinsp2/24janinsp2.cfm | euniverse, inc. |
| 23 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | www.lillyofthevalleyva.com/jesuslovesyou-angel6.html | Lilly of the Valley |
| 24 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | www.marpers.com/angel_of_the_morning.htm | Marlin Parbs |
| 25 | Morning Angel | TXu-1-059-414 | Network Solutions, Inc. | www.feelgoodpages.com/MorningAngel/ | Viral Marketing, Inc. |
| 26 | Morning Angel | TXu-1-059-414 | Bulk Register (SM) | http://garden.thefarkingdom.com/gardenoffriendship/angelgifts/whispering2.html | Kathleen Ward |
| 27 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.bigfatbaby.com/newfun2/angel/moangel.cfm | euniverse, inc. |
| 28 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.quickinspirations.com/poems/morning_angel.asp | North Plains LLC |
| 29 | Morning Angel | TXu-1-059-414 | | www.mommasfamily.com/GOF_Special_Friend_2.html | Ashley Stoy |
| 30 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.funforwards.com/poems_songs/february03/morning_angel.cfm | euniverse, inc. |
| 31 | Morning Angel | TXu-1-059-414 | Go Daddy Software, Inc. | www.happyfeelings.com/pos/angel_of_the_morning.htm | Phong Bui |
| 32 | Morning Angel | TXu-1-059-414 | | www.kim-arts.com/postcard/angel_of_the_morning.htm | Phong Bui |
| 33 | Morning Angel | TXu-1-059-414 | Alldomains.com, Inc. | www.funbug.com/poems_songs/february03/morning_angel.cfm | euniverse, inc. |
| 34 | Walks of Life | TXu-1-059-414 | Alldomains.com, Inc. | www.debsfunpages.com/friend120.htm | euniverse, inc. |
| 35 | Bless My Computer | TXu-1-059-414 | Alldomains.com, Inc. | www.funtown.com/4octfun/4octfun.cfm | euniverse, inc. |
| 36 | Head in the Clouds | TXu-1-059-414 | Network Solutions, Inc. | http://ix.1sound.com/headintheclouds | Michael Danke |
| 37 | Still Hugging My Pillow | TXu-1-059-414 | Network Solutions, Inc. | www.webspawner.com/users/allforlove | Instant Webspawner, Ltd. |

**EXHIBIT B**

| Title of Work | License No. | Registrar | "EXHIBIT B" INFRINGING WEBSITES: WORKS OF LAURA SHOAF-STRICKLAND / Infringing Website | Registrant |
|---|---|---|---|---|
| Key to Friendship | TX-5-615-979 | Alldomains.com, Inc. | www.funtown.com/186key/186key.cfm | euniverse, Inc. |
| Key to Friendship | TX-5-615-979 | Alldomains.com, Inc. | www.funstun.com/categories/friendship/friendship-key/index.cfm | euniverse, Inc. |
| Key to Friendship | TX-5-615-979 | Alldomains.com, Inc. | www.blesstheday.com/categories/relationships/key-to-friendship/index.cfm | euniverse, Inc. |
| Key to Friendship | TX-5-615-979 | Alldomains.com, Inc. | www.bidfatbaby.com/newfun2/friendtheketo.cfm | euniverse, Inc. |
| Key to Friendship | TX-5-615-979 | Alldomains.com, Inc. | www.funforwards.com/poems_songs/may02/friendship_key.cfm | euniverse, Inc. |
| Key to Friendship | TX-5-615-979 | Bulk Register, Com, Inc. | www.makesmesmile.com/friendshipkey | Funny Taf, Inc. |
| Piece of My Heart | TX-5-615-979 | Alldomains.com, Inc. | www.funtown.com/heart/heart.cfm | euniverse, Inc. |
| Piece of My Heart | TX-5-615-979 | Alldomains.com, Inc. | www.ustisa/www.com/newfun4/pieceheart.cfm | euniverse, Inc. |
| Piece of My Heart | TX-5-615-979 | Alldomains.com, Inc. | www.pidkiss.com/lovepages/20011/10/pietoofmyheart.cfm | euniverse, Inc. |
| Piece of My Heart | TX-5-615-979 | Bulk Register. Com, Inc. | www.cardfountain.com/friends/imgvnqu08/index.php | Funny Taf, Inc. |
| Piece of My Heart | TX-5-615-979 | register.com | www.cardfountain.com/friends/view_page.php?id=100088src=1 | Hycoo, Inc. (Clinton Caldwell) |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.funtown.com/1suff/1suft.cfm | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.fun-town.com/boxofhugs/boxofhugs.cfm | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.flowgo.com/flowgo2_view.cfm?page_id=32942 | Emazing Humor Network (Tony Hong) |
| Box of Hugs | TX-5-615-979 | register.com | www.tophugpages.com/1_box.asp | Funny Taf, Inc. |
| Box of Hugs | TX-5-615-979 | Bulk Register. Com, Inc. | www.makesmesmile.com/boxofhugs/index.php | Funny Taf, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.funstun.com/categories/friendship/box-of-hugs/index.cfm | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Network Solutions, Inc. | www.magicthoughts.com/boxhug/ | Magic Thoughts |
| Box of Hugs | TX-5-615-979 | Enom, Inc. | www.humorvillage.com/funpages/box.htm | Michael Marci |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.funforwards.com/flash/may02/A_Box_O_Hugs.cfm | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Network Solutions, Inc. | www.funnybunch.com/fun/box.htm | Design Concepts, Co. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.blesstheday.com/categories/relationships/box-of-hugs/box.cfm?textfield=&Submit=&Submit.x=113&Submit.y=18 | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.culestuf.com/flash_0502/box_o_hugs.cfm | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.sendfun.com/boxofhugs.cfm | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.ustisa/www.com/newfun4/boxhugs.php | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.madblast.com/view.cfm?type=FunFlash&display=1618 | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.euniverselive.com/view.cfm?type=FunFlash&display=1618 | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Network Solutions, Inc. | www.goofyfun.com/fun/box.htm | Design Concepts, Co. |
| Box of Hugs | TX-5-615-979 | Network Solutions, Inc. | www.freefunpages.com/1/box.htm | Design Concepts, Co. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.whoohoo.net/boxofhugs/ | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.funone.com/2new/12/boxofhugs/index.htm#fun | euniverse, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.funpdeland.com/02/12/boxofhugs/index.htm#fun | euniverse, Inc. |
| What I'll Be | TX-5-615-979 | Alldomains.com, Inc. | www.1011pages.com/newfun2/whatillbe.cfm | Emazing Humor Network (Tony Hong) |
| Box of Hugs | TX-5-615-979 | Bulk Register. Com, Inc. | www.cardfountain.com/friends/boxhug910/index.php | Funny Taf, Inc. |
| Box of Hugs | TX-5-615-979 | Alldomains.com, Inc. | www.smilepop.com/index.cfm?action=viewcard&type=1&content_id=16485&page_id=16485 | euniverse, Inc. |
| Twelve Christmas Wishes | TX-5-615-979 | Alldomains.com, Inc. | www.funtown.com/wishes/wishes.cfm | euniverse, Inc. |
| Twelve Christmas Wishes | TX-5-615-979 | Alldomains.com, Inc. | www.madblast.com/funpages/christmas_wishes.cfm | euniverse, Inc. |
| Special Hugs (Cyber Hug) | TX-5-615-979 | Alldomains.com, Inc. | www.funstun.com/categories/friendship/find-a-way/index.cfm | euniverse, Inc. |
| Special Hugs (Cyber Hug) | TX-5-615-979 | Alldomains.com, Inc. | www.blesstheday.com/categories/relationships/find-a-way/index.cfm | euniverse, Inc. |
| What I'll Be | TX-5-615-979 | Alldomains.com, Inc. | www.funstun.com/categories/friendship/what-i-will-be/index.cfm | euniverse, Inc. |
| What I'll Be | TX-5-615-979 | Alldomains.com, Inc. | www.blesstheday.com/categories/relationships/what-i-will-be/index.cfm | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | Alldomains.com, Inc. | www.funstun.com/categories/friendship/caring-heart/index.cfm | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | Alldomains.com, Inc. | www.blesstheday.com/categories/spiritual/caring-heart/index.cfm | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | Alldomains.com, Inc. | www.funtown.com/24junefriend/24junefriend.cfm | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | Alldomains.com, Inc. | www.bidfatbaby.com/newfun2/love/caringheart.cfm | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | Network Solutions, Inc. | www.unsolvedmysteries.com/usm263264.html | North Ridge Software |
| Caring Heart | TX-5-615-979 | register.com | www.topfunpages.com/fs_acf0103.asp | Emasing Humor Network (Tony Hong) |
| Caring Heart | TX-5-615-979 | Tucows, Inc. | www.daily-blessings.com/bless855.htm | Daily-Blessings.com LLC |
| Caring Heart | TX-5-615-979 | Alldomains.com, Inc. | www.quickinspirations.com/poems/caring_heart.asp | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | Alldomains.com, Inc. | www.ustisa/www.com/categories/love/caringheart.cfm | euniverse, Inc. |
| Caring Heart | TX-5-615-979 | register.com | www.mainehest.com/newfun4/view_page.php?id=1015&src=1 | Hycoo, Inc. (Clinton Caldwell) |
| Have You Seen My Heart? | TX-5-615-979 | Network Solutions, Inc. | www.fun-town.com/myheart/myheart.htm | euniverse, Inc. |
| Have You Seen My Heart? | TX-5-615-979 | Network Solutions, Inc. | www.magicthoughts.com/myheart.htm | Magic Thoughts |
| Right Behind Me | TX-5-615-979 | Alldomains.com, Inc. | www.funstun.com/categories/friendship/right-behind-me/friends.cfm? | euniverse, Inc. |
| Right Behind Me | TX-5-615-979 | Alldomains.com, Inc. | www.blesstheday.com/categories/relationships/right-behind-me/friends.cfm? | euniverse, Inc. |
| Right Behind Me | TX-5-615-979 | Alldomains.com, Inc. | www.funtown.com/1junefriend/1junefriend.php | euniverse, Inc. |
| Right Behind Me | TX-5-615-979 | Bulk Register. Com, Inc. | www.sendapet.net/friends/stepbehind/index.php | Funny Taf, Inc. |

# EXHIBIT C

| | Title of Work | License No. | Registrar | Infringing Website | Registrant |
|---|---|---|---|---|---|
| | | | "EXHIBIT C" - | INFRINGING WEBSITES: WORKS OF KATHY HOLLIS-COOPER | |
| 5 | Cat in a Santa Suit | VA-986-865 | Tucows, Inc. | http://www.lotsahumor.com/print.php?id=302&sort=&cat=18 | Rick Hill |
| 6 | Cat in a Santa Suit | VA-986-865 | Bulk Register (SM) | http://www.makesmesmile.com/fun/xmas_cat/index.php | Funny Taf, Inc. |
| 7 | Cat in a Santa Suit | VA-986-865 | Bulk Register (SM) | http://www.fungoround.com/funpages/xmaskitten/index.php | Funny Taf, Inc. |
| 8 | Cat in a Santa Suit | VA-986-865 | Bulk Register (SM) | http://www.newfunnies.com/fun/xmascat/index.php | Funny Taf, Inc. |
| 9 | Cat in a Santa Suit | VA-986-865 | Bulk Register (SM) | http://www.joypages.com/humor/xmascat/index.php | Funny Taf, Inc. |
| 10 | Cat in a Santa Suit | VA-986-865 | Bulk Register (SM) | http://www.sendapet.net/fun/santakitten/index.php | Funny Taf, Inc. |
| 11 | Cat in a Santa Suit | VA-986-865 | Tucows, Inc. | http://www.dudewheresmycard.com/jokep.asp?iID=210&cat=Animals&rate=3.9 | A Plus Enterprises |
| 12 | Cat in a Santa Suit | VA-986-865 | Enom, Inc. | http://www.wackyzoo.com/p0428.shtml | Richardson Marketing Group |

# EXHIBIT D

"EXHIBIT D".

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | | INFRINGING WEBSITES: WORKS OF DAN REYNOLDS | |
| 2 | | | | | |
| 3 | Title of Work | License No. | Registrar | Infringing Website | Registrant |
| 4 | | | | | |
| 5 | Belt Height | TX-5-686-297 | Network Solutions, Inc. | www.jokesinthemail.com/14-pix14-7.htm | Lawrence Fine |
| 6 | Belt Height | TX-5-686-297 | Enom, Inc. | http://keystonecop.net/01/how_aging_affects_belt_height.htm | John Nelson |
| 7 | Belt Height | TX-5-686-297 | | http://humorgal.www9.50megs.com/cgi-bin/i/images/fun/fun_drawings1/beltheight.jpg | About, Inc. |
| 8 | Belt Height | TX-5-686-297 | Tucows, Inc. | www.comic-comics.com/how_aging_affects_belt_height.html | Jonnie Truong |
| 9 | Belt Height | TX-5-686-297 | Tucows, Inc. | www.funny-celebrity-pics.com/how_aging_affects_belt_height.html | Jonnie Truong |
| 10 | Belt Height | TX-5-686-297 | Tucows, Inc. | www.funny-photo-photos.com/how_aging_affects_belt_height.html | Jonnie Truong |
| 11 | Belt Height | TX-5-686-297 | Tucows, Inc. | www.joke-pictures.com/how_aging_affects_belt_height.html | Jonnie Truong |

# EXHIBIT E

**"EXHIBIT E" -**

**INFRINGING WEBSITES: WORKS OF ERIC DECETIS**

| Title of Work | License No. | Registrar | Infringing Website | Registrant |
|---|---|---|---|---|
| Lost Puppy | VA-725-006 | Alldomains.com, Inc. | www.funforwards.com/pictures/september01/lostpuppy.cfm | Euniverse (Server Only) |
| Lost Puppy | VA-725-006 | Intercosmos Media Group, Inc. dba Directnic.com | www.insanepictures.com/pic.shtml?0244.jpg | Adam Maysonet |
| Lost Puppy | VA-725-006 | Enom, Inc. | www.funnypicoftheday.com/c062.shtml | Richardson Marketing Group |
| Lost Puppy | VA-725-006 | Alldomains.com, Inc. | www.debstunpages.com/funpic-164.htm | Euniverse (Server Only) |
| Lost Puppy | VA-725-006 | Dotster, Inc. | www.poddys.com/jokes/cat_160.htm | Poddys |
| Lost Puppy | VA-725-006 | Network Solutions, Inc. | www.supercats.com/joke_archive/jokes/lost_puppy.htm | Michael Knox |
| Lost Puppy | VA-725-006 | Register.com | www.funblaze.com/media/lostpup/lostpup.shtml | Fun Blaze |
| Lost Puppy | VA-725-006 | Names Direct | www.weaselcircus.com/funnypics/56.shtml | Jason Quam |
| Lost Puppy | VA-725-006 | Network Solutions, Inc. | http://speeds-cartoons.com/archives/toons02/showpicture.html?image=puppy.jpg | Bruce Maston |
| Lost Puppy | VA-725-006 | Tucows, Inc. | www.cartoons-cartoon.com/lost_puppy.html | Jonnie Truong |
| Lost Puppy | VA-725-006 | Tucows, Inc. | www.spicyjoke.com/lost_puppy.html | Jonnie Truong |
| Lost Puppy | VA-725-006 | Tucows, Inc. | www.joke-pictures.com/lost_puppy.html | Jonnie Truong |
| Lost Puppy | VA-725-006 | Tucows, Inc. | www.spicypictures.com/lost_puppy.html | Jonnie Truong |
| Lost Puppy | VA-725-006 | R & K, Inc./000Domains.com | www.amusingpics.com/viewimage.php?id=1038file=dogcrack.gif | FKLA, Inc. |
| Lost Puppy | VA-725-006 | Intercosmos Media Group, Inc. dba Directnic.com | www.drunkbastard.net/cartoons/lostpuppy.jpg | The International Association |
| Lost Puppy | VA-725-006 | Enom, Inc. | www.jokesunlimited.com/joke.php?jokeid=147 | Paul Thomas |
| Lost Puppy | VA-725-006 | Enom, Inc. | www.amazinghumor.com/pics.shtml?0010.jpg | Kevin Nguyen |
| Lost Puppy | VA-725-006 | Alldomains.com, Inc. | www.bigfatbaby.com/newfun/lostpuppy.html | Euniverse (Server Only) |
| Lost Puppy | VA-725-006 | Tucows, Inc. | www.funny-animal.com/lost_puppy.html | Jonnie Truong |
| Missing Elf | VAu-381-119 | Intercosmos Media Group, Inc. dba Directnic.com | www.insanepictures.com/pic.shtml?0191.jpg | Adam Maysonet |
| Missing Elf | VAu-381-119 | Go Daddy Software, Inc. | www.veryfunnypics.com/holidays/imagepages/picture24.htm | Tommy Wiles |
| Missing Elf | VAu-381-119 | Names Direct | www.weaselcircus.com/funnypics/94.shtml | Jason Quam |
| Missing Elf | VAu-381-119 | Bulk Register.com, Inc. | www.makesmesmile.com/fun/missingelf/index.php | FunnyTaf, Inc. |
| Missing Elf | VAu-381-119 | Enom, Inc. | www.wackyzoo.com/p0421.shtml | Richardson Marketing Group |
| Missing Elf | VAu-381-119 | Network Solutions, Inc. | http://speeds-cartoons.com/archives/toons02/showpicture.html?image=missingelf.jpg | Bruce Maston |
| Missing Elf | VAu-381-119 | Enom, Inc. | http://keystone.cqp.net/00/missing_elf_cartoon.htm | John Nelson |
| Missing Elf | VAu-381-119 | Tucows, Inc. | www.funnyjunk.com/p0191.jpg | FunnyJunk, Inc. |
| Appliance Repairmen | VA-736-285 | Network Solutions, Inc. | http://speeds-cartoons.com/archives/toons01/showpicture.html?image=$30.jpg | Bruce Maston |
| Where's Cupid...? | VA-403-449 | Network Solutions, Inc. | http://speeds-cartoons.com/archives/toons06/showpicture.html?image=cupid.jpg | Bruce Maston |
| First Dog Whistle | VAu-381-118 | Network Solutions, Inc. | http://speeds-cartoons.com/archives/toons08/showpicture.html?image=first-dog-whistle.jpg | Bruce Maston |